UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KENNETH BUSHNELL ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION NO.: 4:11CV1450 HEA |
| ) | |
| vs. ) | JURY TRIAL DEMANDED |
| ) | |
| NELSON HIRSCH & ASSOCIATES, INC. ) | UNLAWFUL DEBT COLLECTION |
| ) | PRACTICES |
| Defendant. ) | |

## DISMISSAL

Come now the Plaintiff, KENNETH BUSHNELL, by and through his attorney, Jacquelyn S. Gonz, and dismisses Plaintiff's Petition without prejudice.

                                Respectfully submitted

                                /s/ Jacquelyn S. Gonz
                                ELPERS & GONZ, P. C.
                                Jacquelyn S. Gonz, #40341, #40341MO
                                748 Center Drive
                                P.O. Box 404
                                Ste. Genevieve, Missouri 63670
                                gonz@ldd.net
                                (573) 883-5000 Fax: (573)883-3536
                                Attorney for Plaintiff