UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| KENNETH BUSHNELL | ) | |
| | ) | |
|     Plaintiff, | ) | CIVIL ACTION NO.: 4:11CV1450 HEA |
| | ) | |
| vs. | ) | JURY TRIAL DEMANDED |
| | ) | |
| NELSON HIRSCH & ASSOCIATES, INC. | ) | UNLAWFUL DEBT COLLECTION |
| | ) | PRACTICES |
|     Defendant. | ) | |

**<u>ORDER</u>**

IT IS HEREBY ORDERED that the above captioned matter is DISMISSED without prejudice, each party to bear its own costs and attorney fees.

/s/ _____
Honorable Henry E. Autrey
United States District Judge

Dated this _____ day of December, 2011.